IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSEPH O. FASUSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-812 (LMB/JFA) |
| | ) |
| WASHINGTON MOTORCARS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

Plaintiff Joseph O. Fasusi filed this civil action against defendant Washington Motorcars, Inc. on July 18, 2017. [Dkt. No. 1]. On January 4, 2018, defendant informed the Court that it has filed a Voluntary Chapter 7 Petition in the United States Bankruptcy Court for the Eastern District of Virginia, see In re Washington Motorcars, Inc., Bk. No. 18-10046 (Bankr. N.D. Va.). [Dkt. No. 36]. As a result, the automatic stay pursuant to 11 U.S.C. § 362 mandates that this civil action be stayed. Accordingly, it is hereby

ORDERED that this action be and is STAYED until further order of the Court.

The Clerk is directed to remove this action from the active docket and to forward copies of this Order to counsel of record.

Entered this  5th  day of January, 2018.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge